In the Matter of the Construction of the Will of Hugo V. Berg, Deceased. Verner Siivonen et al., by the Consulate General of Finland, Attorney in Fact, Appellants; Sol L. Neuhaus, as Committee of Matilda Berg, an Incompetent, and as Administrator C.T.A. of Hugo V. Berg, Deceased, et al., Respondents.— Decedent evidently had good reason to believe that upon his death a substantial sum would be paid every month to his executor or legatees; and that a very small fraction thereof would suffice to pay his wife's hospital expenses. Under all of the circumstances prevailing at the time of the making of this will, the holding that decedent bequeathed or intended to bequeath the funds derived from the sale of his interest in the business to his wife cannot be sustained. The committee for the widow, in submitting his notice of election, and appellants were in complete agreement on this construction of the will and on the validity of the widow's right of election. Accordingly, the decree construing the disputed clause of decedent's will should be reversed and the notice of election filed on behalf of the surviving spouse held to be effective. Settle order. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ.

I. B. & H. Zeiberg Co., Respondent, v. New York Central Railroad Company, Appellant.— Judgment and order unanimously reversed on the law, with costs, and the complaint dismissed, with costs, upon the ground that the plaintiff failed to establish any actionable negligence upon the part of the defendant. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ.

Joseph Lipshie et al., Copartners Doing Business as Broadway Estates, Respondents, v. T. V. Searing Agent, Inc., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ.

Mary Borrillo, as Administratrix of the Estate of Michele Borrillo, Deceased, Plaintiff, v. Consolidated Edison Company of New York, Inc., et al., Defendants. Turiano Foundation Corporation, Third-Party Plaintiff-Respondent, v. Ercito Mazzella Construction, Inc., Third-Party Defendant-Appellant. — Appeal from order of May 19, 1953, unanimously dismissed. Order [of April 13, 1953] unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ.

## (January 27, 1955.)

(Republished.)

In the Matter of the Election of Directors and Officers of National Kiddie Rides, Inc. Charles Katz et al., Appellants; Fred Rafanello et al., Respondents.— Order of July 31, 1953, unanimously affirmed, with $20 costs and disbursements to the respondents, and the appeal from order entered August 25, 1953, denying reargument, is dismissed. No opinion. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ. [See ante, p. 804.]